**No. 44255.**—Protest 965817–G of Butler Bros. (Seattle).

Opinion by KEEFE, J.  It was stipulated that the merchandise consists of Rockinghamware earthenware the same as that passed upon in *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303).  The claim at 25 percent under paragraph 210 was therefore sustained.

BEFORE THE THIRD DIVISION, SEPTEMBER 5, 1940

**No. 44256.**—Protests 968221–G, etc., of Ernest Mayer (New York).

Opinion by EVANS, J.  It appeared that the collector required a deposit of estimated duties at the rate of 10 percent ad valorem under paragraph 1457, and on liquidation duty was assessed at the same rate.  The plaintiff's attorney requested the collector to repost the entries involved, which he refused to do.  It was found that the protests were filed within 60 days of the collector's refusal to repost and are timely under the rulings in *Dublin* v. *United States* (2 Cust. Ct. 14, C. D. 77) and *Astra* v. *United States* (id. 20, C. D. 79).  On the authority of *Workman* v. *United States* (4 id. 295, C. D. 346) it was found that the posting in this case was not in compliance with the statute and regulations.  That claim was therefore sustained.

**No. 44257.**—Protests 968958–G, etc., of H. F. Ritchie & Co. et al. (New York).

Opinion by EVANS, J.  It was stipulated that the lime juice in question is the same as that passed upon in *United States* v. *Ritchie* (28 C. C. P. A. —, C. A. D. 124).  The claim at 5 cents per pound under paragraph 48 was therefore sustained.

**No. 44258.**—Protests 946236–G, etc., of D. & L. Slade Co. (Boston).

Opinion by EVANS, J.  It was stipulated that the merchandise consists of ginger root similar to that passed upon in *Wilson* v. *United States* (28 C. C. P. A. —, C. A. D. 126).  The claim for free entry under paragraph 1768 was therefore sustained.

**No. 44259.**—Protests 942580–G (A), etc., of Stickney & Poor Spice Co. et al. (Boston).

Opinion by EVANS, J.  It was stipulated that the merchandise consists of ginger root similar to that passed upon in *Wilson* v. *United States* (28 C. C. P. A. —, C. A. D. 126).  The claim for free entry under paragraph 1768 was therefore sustained.